ORIGINAL

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREM REDDY, M.D., an individual, | Case No. CV-00-8486R (MCx) |
| Plaintiff, | |
| vs. | ORDER |
| HARRY LIFSCHUTZ, M.D., an individual; PHYCOR, INC., a Tennessee corporation; and DOES 1 through 50, inclusive, | |
| Defendants. | |
| AND RELATED COUNTERCLAIMS | |

IT IS HEREBY ORDERED, *nunc pro tunc*, as of January 29, 2001, that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(2).

DATED: February 13, 2001.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

- ✓ Docketed
- ✓ Copies / NTC Sent
- ○ JS - 5 / JS - 6
- — JS - 2 / JS - 3
- — CLSD

FEB 16 2001